# M&G

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

**BY ECF**
Honorable Kenneth M. Karas                    April 29, 2026
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**United States v. Omar Chafei**
**24 Cr 674 (KMK)**

Your Honor:


I represent Defendant Omar Chafei, a United States citizen, in the above referenced matter. The defendant is in complete compliance with post release supervision. He asks this Court for permission to travel from May 7, 2026 to June 16, 2026.

Mr. Chafei's son, Nacer Chafei, who is listed as the 12th player on the enclosed roster, is playing in the Paris World Cup Soccer Games for the "Under 11" age category. Mr. Chafei would be attending the games to be with his son, who holds a United States passport but will be playing for Team Morocco from May 7, 2026 to May 15, 2026. As an important aside, Mr. Chafei needs to be present in the capacity of his son's official legal guardian as the professional European soccer clubs who wish to sign his son to their developmental professional league cannot speak to his son without the presence of a guardian.

Mr. Chafei request additional permission to travel to Morocco from May 16, 2026 to June 15, 2026 to visit his 87 year old father who is in failing health with heart issues. Mr. Chafei has not been able to see his father since the beginning of our criminal tax matter in 2023.

Additionally, Mr. Chafei's 17 year old daughter, Ghalia Chafei, is graduating from high school. Mr. Chafei would like to attend this important milestone.

Lastly, Mr. Chafei is in dire need of dental work. He does not have dental coverage presently and has recently lost three teeth. He can seek reduced pricing for his much needed dental work while in Morocco.

His post release supervision officer in the Southern District of Florida opposes the travel request as does Assistant United States Attorney Benjamin Levander.. Mr. Chafei has provided his itinerary to his post release officer.

Thank-You for the Court's consideration of this important matter.

Denied. Defendant has not fully complied with his plea agreement by completing the Form 870 and has not paid a dime toward his restitution. Moreover, it is the Court's understanding that the Probation Department's policy disfavors international travel during the first six months of supervised release.

So Ordered                    5/2/26

Respectfully,

/s/Matthew D. Myers
Attorney

Encl: World Cup U11 Soccer Roster
Cc: AUSA Benjamin Levander



# WORLD CUP

## PARIS SAINT GERMAIN ACADEMY

| FIRST NAME | LAST NAME | DOB | NATIONALITY | N° PASSPORT | STATUS |
|---|---|---|---|---|---|
| GHASSANE | BELAKHDIM | 18/03/2016 | MAROCAINE | | PLAYER |
| HENRI | DECAMPS | 11/06/2016 | FRANCAISE | 21AH38444 | PLAYER |
| CHARLES | DECAMPS | 27/01/2015 | FRANCAISE | 24HH38925 | PLAYER |
| RIZQ | SAADANE | 21/04/2016 | MAROCAINE | | PLAYER |
| OMAR | EL KHETTAB | 14/04/2015 | MAROCAINE | BQ5969532 | PLAYER |
| NOAH | BOUZELGHA | 02/02/2015 | FRANCAISE | | PLAYER |
| ALI | SABBAR | 05/03/2016 | MAROCAINE | WN4051805 | PLAYER |
| YAHYA | EL KAFI | 09/01/2015 | MAROCAINE | UV4293071 | PLAYER |
| SALMAN | HAIDAR | 26/07/2015 | MAROCAINE | GB1928183 | PLAYER |
| MAMOUN | EZZOUBI | 24/04/2015 | MAROCAINE | BY3908464 | PLAYER |
| AMINE | EL MEKNASSI | 24/12/2015 | FRANCAISE | 21CH14207 | PLAYER |
| NACER | CHAFEI | 03/06/2015 | AMERICAINE | A81875942 | PLAYER |

François Claret de Fleurieu

PARIS WORLD GAMES SAS
Siège social : 38 rue Guynemer
75006 PARIS
N° SIREN 808 225 905
Code APE (NAF) 9312Z
N° TVA intracommunautaire FR 84 808 225 905

Directeur Général des Paris World Games